# Court of Appeals
# of the State of Georgia

ATLANTA,  August 05, 2025

*The Court of Appeals hereby passes the following order:*

## A25A2133. IN THE INTEREST OF Z. H., et al., CHILDREN (MOTHER)

After the juvenile court entered an order terminating the mother's parental rights to her children Zi. H., Zy., H., and B. H., the mother filed this direct appeal. We lack jurisdiction.

An appeal from an order terminating parental rights must be initiated by filing an application for discretionary review. See OCGA § 5-6-35 (a) (12), (b); *In the Interest of B. R. F.*, 299 Ga. 294, 296 (788 SE2d 416) (2016). "Compliance with the discretionary appeals procedure is jurisdictional." *Booker v. Ga. Dept. of Human Resources*, 317 Ga. App. 426, 427 (731 SE2d 110) (2012) (punctuation omitted). See also *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (failure to comply with the discretionary appeal procedure, where applicable, requires dismissal of the appeal for lack of jurisdiction). Consequently, the mother's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/05/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.